| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Far East Energy Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>88-0459590 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>333 N. Sam Houston Pkwy. East, Suite 230<br>Houston, TX  77060 USA<br>ZIP CODE 77060 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Harris | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7              ☐ Chapter 15 Petition for<br>☐ Chapter 9              Recognition of a Foreign<br>☐ Chapter 11            Main Proceeding<br>☐ Chapter 12            ☐ Chapter 15 Petition for<br>☐ Chapter 13            Recognition of a Foreign<br>                                Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check **one** box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only).  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b).  See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** X /s/ John E. Mitchell Signature of Attorney for Debtor(s) John E. Mitchell Printed Name of Attorney for Debtor(s) Baker & McKenzie LLP Firm Name 2001 Ross Avenue, Suite 2300, Dallas, TX 75001 Address (214) 978-3000 Telephone Number 11/10/2015 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ Michael R. McElwrath Signature of Authorized Individual Michael R. McElwrath Printed Name of Authorized Individual President and Chief Executive Officer Title of Authorized Individual 11/10/2015 Date | _____ Address X _____ Signature _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| FAR EAST ENERGY CORPORATION, | § | Case No. 15-_____ |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of its knowledge.

Dated: November 10, 2015      By: /s/ Michael R. McElwrath
                              Name: Michael R. McElwrath
                              Title: President and Chief Executive Officer

**FAR EAST MATRIX**

Alan Hill
9501 Avenida Del Oso NE
Albuquerque, NM 87111


Alexaur Technologies
619 Woodcastle, Suite D
Houston, TX 77094


Allan Maltz
81-09 156th Ave.
Howard Beach, NY 11414


American Business Machines Inc.
7303 W Sam Houston Parkway N.
Houston, TX 77040


Andrew Morris
5 Beaconsfield Rd.
Claygate KT10 OPN
United Kingdom


Ashmore Investment Management, Ltd.
61 Aldwych
London WC2B 4AE


BDO USA, LLP
P.O. Box 31001-0860
Pasadena, CA 91110-0860


Birch Communications
Post Office Box 848432
Dallas, TX   75284-8432

Brigette Baeuerle
3869 Arbol Court
Boulder, CO 80301


Broadridge ICS
P.O. Box 416423
Boston, MA 02241


Bruno Bauer
Mainaschaff, Deutschland


Bryan Osborn
8191 S. Mobileway
Englewood, CO 80112


Burton Walls
1307 N. 43rd Street Apt. 501
Seattle, WA 98103


C P Chiang
6730 Cypress Point
Houston, TX  77069


Carolyn Drumwright
261 Lackey Lane
Ripley, TN 38063


Carsten Poch-Schäfer
Dortmund, Germany

Catherine Gay
2918 Colonel Court Drive
Richmond, TX  77406


Charles Barnes
116 Neary Street
Santa Cruz, CA 95060


Chase
Dallas, TX 75225


Chris
Wil, Switerland


Christopher Seyer
7324 Vine Ave.
Maplewood, MO 63143


Continental Stock Transfer & Trust
17 Battery Place,
New York, NY   10004


Corporate Stock Transfer
3200 Cherry Creek Drive South, Suite 430
Denver, CO 80209


Dana Harris
17506 Comoro Lane
Spring, TX 77379


Page **3** of **11**

```
Data Shredding Services
615 W 38th St
Houston, TX 77018



David Nahmias
14 Lynnfield Road
Memphis, TN 38120



David Riley
645 Rickey Canyon
DeSoto, TX 75116



De Lage Landen Financial Services, Inc.
Post Office Box 41602
Philadelphia, PA 19101-1602



Deloitte Corporate Finance
Post Office Box 26722
New York, NY  10087-6722



Denise Walker
9906 Elizabeth Glen Lane
Tomball, TX 77375



Diana Moon Adams
PO Box A
Bartlesville, OK 74005-5001



Don Juckett
8703 Side Saddle Rd
Springfield, VA 22152
```

Don Repetowski
2006 Cordelia Pl.
Sugarland, TX 77479


Emmel Klegerman Attorneys at Law
8352 West Warm Springs, Suite 310
Las Vegas, NV 89113


F. J. Hildebrand
1703 E HEDGECROFT DR
Seabrook, TX 77586


FedEx
Post Office Box 660481
Dallas, TX 75266-0481


Frank M. Lev
7224 Orchid Island Place
Bradenton, FL 34202


Frank Pitts
190 Perkins Extd
Memphis, TN 38117


G W Huber
Germany


George Swift
1102 Hilltop Drive
Lawrence, KS 66044

Harold Wasserman
8 Dogwood Lane
Skillman, NJ 08558


Huw Williams
39A Namly Place
Shamrock Park
Singapore  267184


iMeet
Post Office Box 404351
Atlanta, GA 30384-4351


Jennifer Whitley
1706 Turnpike Road
Houston, TX 77008


John C. Mihm
5413 Braemar Drive
Frisco, TX  75034


Joseph Corrado
10307 Shesue St.
Great Falls, VA 22066


Joshua Bornhorst
300 Rose St.
Little Rock, AR 72205


Juan Guerra
4434 SE 13th Street
Ocala, FL 34470

Justin Shapiro
945 Laburnum Ave.
Chico, CA 95926


Lief Bjelland
10011 Skiff Circle
Anchorage, AK 99515


Lonestar Coffee-HQ
Post Office Box 691634
Houston, TX 77269


Loren D. Stark
10750 Rockley Road
Houston, TX 77099


Louis Warren
20726 Park Bend Drive
Katy, TX 77450


Marc Scalamandre
44 Chestnut St.
Mount Sinai, NY 11766


Martin Perl
Germany


McKinstry
Hampton, VA 23666

Mediant Communications
P.O. Box 29976
New York, NY 10087-9976



Michael McElwrath
7 Stargazer Place
The Woodlands, TX 77381



Michael Smith
16318 Cagwin Dr.
Lockport, IL  60441-4741



Keltie Land
Fort McMurray, Canada



Mike
Jacksonville, FL 32277



Northbelt LLC.
Post Office Box 6133
Hicksville, NY 11802-6133



P2 Energy Solutions
1670 Broadway, Suite 2800
Denver, CO 80202



Patrick Sullivan
1438 W. Chestnut 2F
Chicago, IL 60642

```
Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887




Prime Rate Premium Financing
P.O. Box 580016
Charolette, NC 28258-0016




PR Newswire Association LLC
G.P.O Box 5897
New York, NY 10087-5897




RR Donnelley
Post Office Box 932721
Cleveland OH 44193




Rackspace
PO Box 730759
Dallas, TX 75373-0759




Ralph Delorenzo
6 Colonial Road
Somerville, NJ 08876-3720




Sonlife Corporation
P.O. Box 90685
Houston, TX 77290




Standard Chartered Bank
6th Floor 1 Basinghall Ave
London EC2V 5DD
```

Stanley Moore Jr.
1915 Northwest Douglas Place
Corvallis, OR 97330



Stephanie Martin
122 Waterstreet Apt. 107
Leominster, MA 01453



Steve Pierce
Houston, TX 77059



TAMCO Capital Corporation
PO Box 79445
City of Industry, CA 91716-9445



Thomas Printworks
Post Office Box 740967
Dallas, TX 75374-0967



Todd Turner
754 13th Street SE
Washington, DC 20003



Tom Amenda
4646 N. Greenview Ave Unit 4
Chicago, IL 60640



Tom Williams
510 Asbury Street
Houston, TX 77007

```
Vintage
PO Box 30719
New York, NY 10087-0719



Werner Over
Austria



William Anderson
2001 Kirby Suite 1300
Houston, TX    77019



Zacks Investment Research
10 South Riverside Plaza Suite 1600
Chicago, IL 60606-3830
```