B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### Southern District of Texas

In re: _Far East Energy Corporation_____,     Case No. __15-35970_____
               Debtor                                                            (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1.  Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 375,971.90 | 2015 Interest inc - N/R-Far East Energy (Bermuda) Ltd. |
| 464,544.05 | 2013-2014 Interest inc - N/R-Far East Energy (Bermuda) Ltd. |

**2.   Income other than from employment or operation of business**

None

☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

---

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☐

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Please see attached schedule.

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13)                                                                                                                                         3



None

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF | AMOUNT | AMOUNT |
|---|---|---|---|
| AND RELATIONSHIP TO DEBTOR | PAYMENT | PAID | STILL OWING |

Please see attached schedule.

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**



None

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF | COURT OR AGENCY | STATUS OR |
|---|---|---|---|
| AND CASE NUMBER | PROCEEDING | AND LOCATION | DISPOSITION |

None

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | DATE OF | DESCRIPTION |
|---|---|---|
| OF PERSON FOR WHOSE | SEIZURE | AND VALUE |
| BENEFIT PROPERTY WAS SEIZED | | OF PROPERTY |

---

**5.  Repossessions, foreclosures and returns**



None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | DATE OF REPOSSESSION, | DESCRIPTION |
|---|---|---|
| OF CREDITOR OR SELLER | FORECLOSURE SALE, | AND VALUE |
| | TRANSFER OR RETURN | OF PROPERTY |

B7 (Official Form 7) (04/13)    4

**6.   Assignments and receiverships**



a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|



b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

---

**7.   Gifts**



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF  GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.   Losses**



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                      5

**9.   Payments related to debt counseling or bankruptcy**


None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Baker & McKenzie LLP | Various | $52,806.88 |

---

**10.   Other transfers**


None

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|


None

b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.   Closed financial accounts**


None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 363 N Sam Houston Parkway E, Suite 380, Houston, TX 77060 | Far East Energy | 4/11/2007 - 8/30/2013 |

---

B7 (Official Form 7) (04/13)                                                                                              7

**16.  Spouses and Former Spouses**



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |



b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |



c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                                                          8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Please see attached schedule.

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, records and financial statements**

None ☐  a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                              DATES SERVICES RENDERED

Please see attached list

None ☐  b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Jones Baggett, LLP (Now - Whitley Penn) | 3411 Richmond Ave, Suite 500, Houston, TX 77046 | 2013, 2014, 2015 |

B7 (Official Form 7) (04/13)                                                                                                          9

None
☐
c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                                ADDRESS

Far East Energy Corporation                              333 N Sam Houston Parkway E,
                                                                          Ste 230, Houston, TX 77060

None
☐
d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

Please see attached schedule.

---

**20.  Inventories**

None
☑
a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT
                                                                                        OF  INVENTORY
                                                                                        (Specify cost, market or other basis)

None
☑
b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                      NAME AND ADDRESSES
                                                                        OF CUSTODIAN
                                                                        OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐
a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None
☐
b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE            NATURE AND PERCENTAGE
                                                                                  OF STOCK OWNERSHIP

Please see attached schedule.

---

B7 (Official Form 7) (04/13)                                                                                              10

**22 . Former partners, officers, directors and shareholders**

None ☐   a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                               ADDRESS                      DATE OF WITHDRAWAL

None ☑   b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                   TITLE                        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                     DATE AND PURPOSE             AMOUNT OF MONEY
OF RECIPIENT,                      OF WITHDRAWAL               OR DESCRIPTION
RELATIONSHIP TO DEBTOR                                         AND VALUE OF PROPERTY

   Please see attached schedule.

**24.  Tax Consolidation Group.**

None ☐   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER-IDENTIFICATION NUMBER (EIN)

Far East Energy Corporation                88-0459590

**25.  Pension Funds.**

None ☐   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                     TAXPAYER-IDENTIFICATION NUMBER (EIN)

Far East Energy Corporation 401(K) Plan       88-0459590

*  *  *  *  *  *

*[If completed by an individual or individual and spouse]*

B7 (Official Form 7) (04/13)                                                                                                     11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____          Signature of Debtor _____

Date _____          Signature of Joint Debtor  (if any) _____

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   11/10/2015                      Signature   /s/ Michael R. McElwrath

                                       Print Name and Title   Michael R. McElwrath, President/CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

10 continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.***

**Far East Energy Corporation**
**Case No. 15-35970**
**3. Payments to Creditors**
**b. Payments to any creditor**

### FROM CHECK DATE 8/13/2015 TO 11/10/2015
### BY VENDOR

| VENDOR NUMBER | VENDOR NAME | CHECK NUMBER | CHECK DT | INVOICE NUMBER | INVOICE AMOUNT PAID | CHECK AMOUNT | AMOUNT STILL OWED |
|---|---|---|---|---|---|---|---|
| 800001 | Michael McElwrath | 6129 | 8/19/2015 | 150818 | 6,749.06 | 6,749.06 | |
| | | 6142 | 9/9/2015 | 150908 | 3,053.42 | 3,053.42 | |
| | | 6173 | 10/16/2015 | 151015B | -479.46 | 2,844.67 | |
| | | | | 151015-A | 3,324.13 | | |
| | | 6179 | 11/3/2015 | 151103 | 1,004.29 | 1,004.29 | |
| | | **Vendor Total** | | | **13,651.44** | **13,651.44** | **1,800,060.10** |
| 800003 | Catherine Gay | 6130 | 8/19/2015 | 150810 | 661.50 | 661.50 | |
| | | 6143 | 9/9/2015 | 150908 | 131.32 | 131.32 | |
| | | **Vendor Total** | | | **792.82** | **792.82** | **22,575.00** |
| 800006 | Louis Warren | 6144 | 9/9/2015 | 150908 | 215.59 | 215.59 | |
| | | 6180 | 11/3/2015 | 151102 | 176.13 | 2,176.13 | |
| | | | | 20151101 | 2,000.00 | | |
| | | **Vendor Total** | | | **2,391.72** | **2,391.72** | **66,547.56** |
| 860018 | Dana Harris | 6131 | 8/19/2015 | 150818 | 7,071.17 | 7,071.17 | |
| | | 6145 | 9/9/2015 | 150908 | 99.00 | 99.00 | |
| | | 6174 | 10/16/2015 | 151013 | 1,211.69 | 1,211.69 | |
| | | 6181 | 11/3/2015 | 151103 | 64.45 | 64.45 | |
| | | **Vendor Total** | | | **8,446.31** | **8,446.31** | **41,252.69** |
| 860030 | RR Donnelley | 6152 | 9/21/2015 | 1293790500 | 5,804.30 | 5,804.30 | |
| | | 6161 | 9/30/2015 | 1207287500 | 2,897.43 | 2,897.43 | |
| | | **Vendor Total** | | | **8,701.73** | **8,701.73** | **5,794.86** |
| 860037 | BDO USA, LLP | 6162 | 9/30/2015 | 558570 | 1,100.00 | 4,300.00 | |
| | | | | 566968 | 3,200.00 | | |
| | | **Vendor Total** | | | **4,300.00** | **4,300.00** | **4,029.00** |
| 860045 | Corporate Stock Transfer | 6132 | 8/19/2015 | 69927 | 101.75 | 2,603.53 | |
| | | | | 70619 | 101.78 | | |
| | | | | 70338 | 2,400.00 | | |
| | | **Vendor Total** | | | **2,603.53** | **2,603.53** | **395.07** |
| 860057 | David Nahmias | 6141 | 9/1/2015 | 150816 | 837.78 | 15,697.22 | |
| | | | | 150811 | 1,359.44 | | |
| | | | | 20150801 | 13,500.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 6153 | 9/21/2015 | 150831 | 2,101.69 | 2,101.69 |
| | | 6163 | 9/30/2015 | 20150901 | 13,500.00 | 13,500.00 |
| | | 6178 | 10/30/2015 | 151026B | 107.89 | 14,482.34 |
| | | | | 151026 | 379.15 | |
| | | | | 151001 | 495.30 | |
| | | | | 20151001 | 13,500.00 | |
| | | 6182 | 11/3/2015 | 151101 | 187.16 | 3,562.16 |
| | | | | 20151101 | 3,375.00 | |
| | | **Vendor Total** | | | **49,343.41** | **49,343.41** | **6,750.00** |
| 860061 | FedEx | 6133 | 8/19/2015 | 508276257 | 22.01 | 266.91 |
| | | | | 511858387 | 29.53 | |
| | | | | 650565282 | 52.61 | |
| | | | | 650302805 | 58.54 | |
| | | | | 649784473 | 104.22 | |
| | | **Vendor Total** | | | **266.91** | **266.91** | **172.81** |
| 860072 | McGriff, Seibels & Williams | 6140 | 8/27/2015 | 150827 | 6,755.00 | 6,755.00 |
| | | 6151 | 9/10/2015 | 150910 | 15,361.30 | 15,361.30 |
| | | 6168 | 10/9/2015 | 106131 | 310.00 | 310.00 |
| | | | 11/6/2015 | | 40,000.00 | 40,000.00 |
| | | **Vendor Total** | | | **62,426.30** | **62,426.30** | **0.00** |
| 860104 | RackSpace | 6134 | 8/19/2015 | 101339549 | 954.07 | 954.07 |
| | | 6154 | 9/21/2015 | 101356538 | 954.07 | 954.07 |
| | | 6183 | 11/3/2015 | 101373068 | 954.07 | 954.07 |
| | | **Vendor Total** | | | **2,862.21** | **2,862.21** | **954.07** |
| 860107 | The Hartford Insurance Co | 6127 | 8/17/2015 | 150729 | 2,691.00 | 2,691.00 |
| | | **Vendor Total** | | | **2,691.00** | **2,691.00** | **0.00** |
| 860136 | Lone Star Coffee | 6164 | 9/30/2015 | 26982 | 43.30 | 86.60 |
| | | | | 27650 | 43.30 | |
| | | **Vendor Total** | | | **86.60** | **86.60** | **86.60** |
| 860142 | Birch Communications | 6155 | 9/21/2015 | 19215840 | 1,185.30 | 1,185.30 |
| | | 6184 | 11/3/2015 | 19496633 | 1,262.32 | 1,262.32 |
| | | **Vendor Total** | | | **2,447.62** | **2,447.62** | **1,262.32** |
| 860162 | Data Shredding Services | 6165 | 9/30/2015 | 140289 | 40.00 | 80.00 |
| | | | | 141690 | 40.00 | |
| | | **Vendor Total** | | | **80.00** | **80.00** | **80.00** |
| 860171 | PR Newswire | 6135 | 8/19/2015 | 102386024 | 1,880.00 | 1,880.00 |
| | | 6166 | 9/30/2015 | 102402120 | 1,410.00 | 1,410.00 |

|  |  | 6185 | 11/3/2015 | 102435893 | 0.00 | 0.00 |  |
|  |  |  |  | 102450159 | 0.00 |  |  |
|  |  | 151103-PRN | 11/3/2015 | 102435893 | 1,645.00 | 3,290.00 |  |
|  |  |  |  | 102450159 | 1,645.00 |  |  |
|  |  |  | 11/10/2015 |  | 1,410.00 | 1,410.00 |  |
|  |  | **Vendor Total** |  |  | **7,990.00** | **7,990.00** | **0.00** |
| 860180 | Vintage Filings | 151103-VF | 11/3/2015 | 1397063 | 289.00 | 1,307.00 |  |
|  |  |  |  | 1398890 | 299.00 |  |  |
|  |  |  |  | 1398314 | 719.00 |  |  |
|  |  | **Vendor Total** |  |  | **1,307.00** | **1,307.00** | **0.00** |
| 860193 | Loren D. Stark Company | 6187 | 11/3/2015 | 122473 | 60.00 | 2,915.00 |  |
|  |  |  |  | 121532 | 280.00 |  |  |
|  |  |  |  | 120404 | 300.00 |  |  |
|  |  |  |  | 151103 | 2,275.00 |  |  |
|  |  | **Vendor Total** |  |  | **2,915.00** | **2,915.00** | **0.00** |
| 860215 | Jennifer Whitley | 6136 | 8/19/2015 | 150818 | 7,129.49 | 7,129.49 |  |
|  |  | 6146 | 9/9/2015 | 150908 | 54.73 | 54.73 |  |
|  |  | 6188 | 11/3/2015 | 151103 | 857.45 | 857.45 |  |
|  |  | **Vendor Total** |  |  | **8,041.67** | **8,041.67** | **575,450.48** |
| 860223 | Pitney Bowes | 6137 | 8/19/2015 | 1637752JN15 | 152.63 | 152.63 |  |
|  |  | **Vendor Total** |  |  | **152.63** | **152.63** | **152.63** |
| 860229 | Denise Walker | 6138 | 8/19/2015 | 1500814 | 830.70 | 830.70 |  |
|  |  | 6147 | 9/9/2015 | 150908 | 621.11 | 621.11 |  |
|  |  | 6160 | 9/25/2015 | 150924 | 1,525.04 | 1,525.04 |  |
|  |  | 6175 | 10/16/2015 | 151016 | 563.42 | 563.42 |  |
|  |  | 6189 | 11/3/2015 | 151102 | 382.63 | 382.63 |  |
|  |  | **Vendor Total** |  |  | **3,922.90** | **3,922.90** | **11,148.08** |
| 860252 | Prime Rate Premium Financing | 6169 | 10/9/2015 | 151011 | 5,637.30 | 5,637.30 |  |
|  |  | **Vendor Total** |  |  | **5,637.30** | **5,637.30** | **5,637.30** |
| 860277 | Alexaur Technology Services, Inc. | 6148 | 9/9/2015 | 13996 | 1,461.38 | 2,922.76 |  |
|  |  |  |  | 14080 | 1,461.38 |  |  |
|  |  | 6176 | 10/16/2015 | 14201 | 752.34 | 2,213.72 |  |
|  |  |  |  | 14156 | 1,461.38 |  |  |
|  |  | 6190 | 11/3/2015 | 14225 | 140.73 | 1,602.11 |  |
|  |  |  |  | 14246 | 1,461.38 |  |  |
|  |  | **Vendor Total** |  |  | **6,738.59** | **6,738.59** | **947.19** |
| 860306 | TAMCO Capital Corporation | 6156 | 9/21/2015 | 2079471 | 320.62 | 320.62 |  |
|  |  | 6170 | 10/9/2015 | 2098510 | 320.62 | 320.62 |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Vendor Total** | **641.24** | **641.24** | **320.62** |
| 860314 | De Lage Landen Financial Services, Inc. | 6139 | 8/19/2015 | 46504778 | 1,215.82 | 1,215.82 | |
| | | 6157 | 9/21/2015 | 46953645 | 1,215.82 | 1,215.82 | |
| | | 6171 | 10/9/2015 | 151001 | 1,215.82 | 1,215.82 | |
| | | | | **Vendor Total** | **3,647.46** | **3,647.46** | **1,215.82** |
| 860316 | iMeet | 6158 | 9/21/2015 | 19173059 | 39.00 | 78.00 | |
| | | | | 19399638 | 39.00 | | |
| | | | | **Vendor Total** | **78.00** | **78.00** | **39.00** |
| 860319 | Northbelt LLC | 6150 | 9/10/2015 | 150901 | 16,668.60 | 16,668.60 | |
| | | 6167 | 10/1/2015 | 244683 | 16,668.60 | 16,668.60 | |
| | | | | **Vendor Total** | **33,337.20** | **33,337.20** | **16,668.60** |
| 860323 | WhitleyPenn LLP | 150831-WP | 8/31/2015 | 240916CM | -15,000.00 | 0.00 | |
| | | | | 240916 | 15,000.00 | | |
| | | 150903-WP | 9/3/2015 | 150903 | 9,000.00 | 9,000.00 | |
| | | 150921-WP | 9/21/2015 | 242915CM | -35,000.00 | 0.00 | |
| | | | | 243774CM | -9,000.00 | | |
| | | | | 243774 | 9,000.00 | | |
| | | | | 242915 | 35,000.00 | | |
| | | 151006-WP | 10/6/2015 | 151006 | 50,000.00 | 50,000.00 | |
| | | | | **Vendor Total** | **59,000.00** | **59,000.00** | **0.00** |
| 860325 | Digital Canvas 3D | 6159 | 9/21/2015 | 1145 | 433.00 | 433.00 | |
| | | | | **Vendor Total** | **433.00** | **433.00** | **0.00** |
| 860327 | Patricia Gomez | 6172 | 10/15/2015 | FEE01 | 2,145.00 | 2,145.00 | |
| | | | | **Vendor Total** | **2,145.00** | **2,145.00** | **0.00** |

# Far East Energy Corporation
## 3. Payments to Creditors

### c. DISBURSEMENT REPORT - INSIDERS
### FROM CHECK DATE 11/11/14 TO 11/10/15

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---:|---:|
| Michael R. McElwrath | 12/2/2014 | 12,807.75 | 1,800,060.10 |
| 7 Stargazer Place, The Woodlands, TX 77381 | 12/12/2014 | 2,902.02 | |
| | 1/2/2015 | 8,840.36 | |
| | 2/24/2015 | 9,044.26 | |
| | 3/5/2015 | 4,343.37 | |
| | 3/20/2015 | 3,003.54 | |
| | 6/1/2015 | 462.28 | |
| | 7/24/2015 | 2,997.65 | |
| | 8/19/2015 | 6,749.06 | |
| | 9/9/2015 | 3,053.42 | |
| | 10/16/2015 | 2,844.67 | |
| | 11/3/2015 | 1,004.29 | |
| | Various | 482,371.83 | |
| | | **540,424.50** | |
| Jennifer Whitley | 12/1/2014 | 7,051.16 | 575,450.48 |
| 1706 Turnpike Rd, Houston, TX 77008 | 2/24/2015 | 755.89 | |
| | 3/20/2015 | 2,473.48 | |
| | 4/30/2015 | 3,266.06 | |
| | 6/17/2015 | 1,251.38 | |
| | 8/19/2015 | 7,129.49 | |
| | 9/9/2015 | 54.73 | |
| | 11/3/2015 | 857.45 | |
| | Various | 312,576.11 | |
| | | **335,415.75** | |
| **Total** | | **875,840.25** | **2,375,510.58** |

# Far East Energy Corporation
## 18. Subsidiaries

| Entity | Percent Ownership |
| --- | --- |
| Far East Energy (Bermuda) Ltd. | 100% |
| Newark Valley Oil & Gas, Inc. | 100% |
| Far East Energy (BVI), Inc. | 100% |
| Yunnan Huayi Eco-Tech Consulting Co., Ltd. | 100% |

**Far East Energy Corporation**
**Case No. 15-35970**
**19. Books, records and financial statements**


**a.**

| Name and Address | Dates Services Rendered | |
|---|---|---|
| Jennifer Whitley<br>1706 Turnpike Rd, Houston, TX 77008 | 2013, 2014 & 2015 | |
| Louis Warren<br>20726 Park Bend Dr, Katy, TX 77450 | 2013, 2014 & 2015 | |
| Ye "Cindy" Hu<br> 3310 Plumb St, Houston, TX 77005 | 2013, 2014 & 2015 | (employment ended 4/15/15) |
| Denise Walker<br>9906 Elizabeth Glen Ln, Tomball, TX 77375 | 2013, 2014 & 2015 | |
| Evelin Martinez<br>6419 Bayonne Dr, Spring, TX 77839 | 2013, 2014 & 2015 | (employment ended 9/25/15) |

**Far East Energy Corporation**
**Case No. 15-35970**
**19. d Financial statements issued**


**d.**

| Name and Address | Dates |
|---|---|
| Ashmore Investment Management, Ltd.<br><br>61 Aldwych<br>London WC2B 4AE | We provided GAAP financials to Ashmore for each quarter and year end for 2013 (10-Qs and 10-K) and each quarter for 2014 (10-Qs). Additionally, we provided monthly financial information to Ashmore using their form Jan - Dec of 2013. |
| Standard Chartered Bank<br>6th Floor 1 Basinghall Ave<br>London EC2V 5DD | We provided GAAP financials to SCB for each quarter and year end for 2013 (10-Qs and 10-K) and each quarter for 2014 (10-Qs). |

**Far East Energy Corporation**
**Case No. 15-35970**
**21. Current Partners, Officers, Directors and Shareholders**

**b.**

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Michael R McElwrath<br>7 Stargazer Pl, The Woodlands, TX 77381 | Chairman, CEO, President | 1.60% |
| Jennifer Whitley<br>1706 Turnpike Rd, Houston, TX 77008 | CFO | < 1% |
| William Anderson<br>2001 Kirby, Suite 1300, Houston, TX 77019 | Director | < 1% |
| C P Chiang<br>6730 Cypress Point, Houston, TX 77069 | Director | < 1% |
| John C Mihm<br>5413 Braemar Dr, Frisco, TX 75034 | Director | < 1% |
| Donald Juckett<br>8703 Side Saddle Rd, Springfield, VA 22152 | Director | < 1% |
| Tom Williams<br>510 Asbury St, Houston, TX 77007 | Director | < 1% |
| Ashmore Investment Management Ltd<br>61 Aldwych, London EC2V 4AE | Beneficial shareholder | 13.90% |

**Far East Energy Corporation**
**Case No. 15-35970**
**23. Withdrawals from partnership or distribution by a corporation**

| Name and Address | Relationship to debtor | Date and Purpose of Withdrawal | Amount of Money | |
|---|---|---|---|---|
| Michael R McElwrath<br>7 Stargazer Pl, The Woodlands, TX 77381 | Chairman, CEO, President | Salary 11/11/14 - 11/10/15 | $ | 482,371.83 |
| Jennifer Whitley<br>1706 Turnpike Rd, Houston, TX 77008 | CFO | Salary 11/11/14 - 11/10/15 | $ | 312,576.11 |