B 6F (Official Form 6F) (12/07)

In re __Far East Energy Corporation__ ,   Case No. __15-35970__
      Debtor                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Alexaur Technology Services <br> 619 Woodcastle Bend, Ste D <br> Houston, TX 77094 | | | 11/9/15  #14281 | | | | 947.19 |
| ACCOUNT NO. <br><br> Anderson, William <br> 2001 Kirby, Suite 1300 <br> Houston, TX 77019 | | | 2014/2015 Retainer and Meetings | | | | 80,325.00 |
| ACCOUNT NO. <br><br> Ashmore Investment Management <br> 61 Aldwych <br> London WC2B 4AE | | | 9/29/15 Term Loan Facility Agreement | | | | 10,753,562.75 |
| ACCOUNT NO. <br><br> BDO USA, LLP <br> P.O. Box 31001-0860 <br> Pasadena, CA 91110-0860 | | | 10/30/15  #589441 | | | | 4,029.00 |
| | | | | | | Subtotal▶ | $10,838,863.94 |
| __7__ continuation sheets attached | | | | | | Total▶ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

In re  Far East Energy Corporation        ,       Case No. 15-35970
                Debtor                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Birch Communications<br>P.O. Box 848432<br>Dallas, TX 75284-8432 | | | 10/31/15 #19741778 | | | | 1,262.32 |
| ACCOUNT NO.<br>Broadridge ICS<br>P.O. Box 416423<br>Boston, MA 02241 | | | 7/29/15  #827555 | | | | 615.07 |
| ACCOUNT NO.<br>Chiang, CP<br>6730 Cypress Point<br>Houston, TX 77069 | | | 2014/2015 Retainer and Meetings | | | | 56,700.00 |
| ACCOUNT NO.<br>Continental Stock Transfer & Trust<br>17 Battery Place<br>New York, NY 10004 | | | 7/31/15  #209147<br>9/30/15  #211287<br>10/31/15 #212287 | | | | 2,625.00 |
| ACCOUNT NO.<br>Corporate Stock Transfer<br>3200 Cherry Creek Dr. S, Suite 430<br>Denver, CO 80209 | | | 8/14/15 #70967<br>8/20/15 #71003<br>8/31/15 #71258<br>9/30/15 #71884 | | | | 395.07 |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 61,597.46

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Far East Energy Corporation          ,          Case No.  15-35970
            Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Data Shredding Services <br> 615 W 38th St <br> Houston, TX 77018 | | | 9/17/15 #143040 <br> 10/23/15 #144558 | | | | 80.00 |
| ACCOUNT NO. <br><br> De Lage Landen Financial Services <br> PO Box 41602 <br> Philadelphia, PA 19101-1602 | | | 11/1/15 #47625208 | | | | 1,215.82 |
| ACCOUNT NO. <br><br> Deloitte Corporate Finance LLC <br> Atlanta-191 Peachtree <br> 191 Peachtree Street <br> Atlanta, GA 30303-1943 | | | 12/19/14 #8002302809, <br> #8002302810, <br> #8002302811, <br> #8002302813 | | | | 200,000.00 |
| ACCOUNT NO. <br><br> Emmel Klegerman Attorneys at Law <br> 8352 West Warm Springs, Suite 310 <br> Las Vegas, NV 89113 | | | 11/3/2014  #10755 | | | | 1,045.00 |
| ACCOUNT NO. <br><br> FedEx <br> PO Box 660481 <br> Dallas, TX 75266-0481 | | | 515268703, 517690873, <br> 519172879, 653382398 | | | | 172.81 |

Sheet no. __2__ of __7__ continuation sheets attached    Subtotal➤   $ 202,513.63
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Far East Energy Corporation__,   Case No. __15-35970__
          Debtor                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br><br>Gay, Catherine<br>2918 Colonel Court Drive<br>Richmond, TX 77406 | | | Severance & Vacation | | | | 10,100.00 |
| ACCOUNT NO<br><br>Harris, Dana<br>17506 Comoro Lane<br>Spring, TX 77379 | | | Severance & Vacation | | | | 28,777.69 |
| ACCOUNT NO<br><br>iMeet<br>PO Box 404351<br>Atlanta, GA 30384-4351 | | | 9/30/15  #19608181 | | | | 39.00 |
| ACCOUNT NO<br><br>Juckett, Don<br>8703 Side Saddle Rd<br>Springfield, VA 22152 | | | 2014/2015 Retainer and Meetings | | | | 77,725.00 |
| ACCOUNT NO<br><br>Lonestar Coffee-HQ<br>PO Box 691634<br>Houston, TX 77269 | | | 9/3/15  #28109<br>10/1/15 #28713 | | | | 86.60 |

Sheet no. __3__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 116,728.29

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Far East Energy Corporation          ,          Case No.  15-35970
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mediant Communications<br>P.O. Box 29976<br>New York, NY 10087-9976 | | | 7/31/15  #BPX1507NO13 | | | | 122.94 |
| ACCOUNT NO.<br>McElwrath, Michael<br>7 Stargazer Place<br>The Woodlands, TX 77381 | | | Serverance & Vacation | | | | 1,787,585.10 |
| ACCOUNT NO.<br>Mihm, John<br>5413 Braemar Dr<br>Frisco, TX 75035 | | | 2014/2015 Retainer and Meetings | | | | 61,100.00 |
| ACCOUNT NO.<br>Nahmias, David<br>14 Lynnfield Road<br>Memphis, TN 38120 | | | 11/7/15 - per contract | | | | 6,750.00 |
| ACCOUNT NO.<br>Northbelt LLC.<br>PO Box 6133<br>Hicksville, NY 11802-6133 | | | 11/1/15  #245789 | | | | 16,668.60 |

Sheet no. 4 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,872,226.64

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Far East Energy Corporation            ,          Case No. 15-35970
           Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> P2 Energy Solutions <br> 1670 Broadway, Suite 2800 <br> Denver, CO 80202 | | | 8/31/15 #ID001023 <br> 8/17/14 #ID001308 | | | | 36,006.88 |
| ACCOUNT NO. <br> Pitney Bowes <br> P.O. Box 371887 <br> Pittsburgh, PA 15250-7887 | | | 10/3/15 #1637752SP15 | | | | 152.63 |
| ACCOUNT NO. <br> Prime Rate Premium Financing <br> P.O. Box 580016 <br> Charolette, NC 28258-0016 | | | 11/1/15 #151101 | | | | 5,637.30 |
| ACCOUNT NO. <br> RR Donnelley <br> PO Box 932721 <br> Cleveland OH 44193 | | | 8/6/15  #1209355300 <br> 9/10/15 #1206100500 | | | | 5,794.86 |
| ACCOUNT NO. <br> Rackspace <br> P.O. Box 730759 <br> Dallas, TX 75373 | | | 11/5/15 #101389685 | | | | 954.07 |

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 48,545.74

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Far East Energy Corporation_____,  Case No. __15-35970_____
           Debtor                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Sonlife Corporation P.O. Box 90685 Houston, TX 77290 | | | 9/30/15 #53094 10/15/15 #53270 | | | | 48.20 |
| ACCOUNT NO. Standard Chartered Bank 6th Floor 1 Basinghall Ave. London EC2V 5DD | | | 8/14-6/15 #OAGUS105, OAGUS109,OAGUS112, OAGUS114-OAGUS124 | | | | 669,604.13 |
| ACCOUNT NO. TAMCO PO Box 79445 City of Industry, CA 91716-9445 | | | 11/1/15 #47625208 | | | | 320.62 |
| ACCOUNT NO. Thomas Printworks PO Box 740967 Dallas, TX 75374-0967 | | | 1/29/15 #4762966 2/28/15 #4764599 3/31/15 #4765983 | | | | 958.02 |
| ACCOUNT NO. Walker, Denise 9906 Elizabeths Glen Lane Tomball, TX 77375 | | | Severance & Vacation | | | | |

Sheet no. __6__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 670,930.97

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Far East Energy Corporation           ,           Case No.  15-35970
       Debtor                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Warren, Louis 20726 Park Bend Drive Katy, TX 77450 | | | Severance & Vacation | | | | 51,906.41 |
| ACCOUNT NO. Whitley, Jennifer 1706 Turnpike Road Houston, TX 77008 | | | Severance & Vacation | | | | 560,794.71 |
| ACCOUNT NO. Williams, Huw 39A Namly Place Shamrock Park Singapore 267184 | | | 1/31/15 #20150131 | | | | 26,666.00 |
| ACCOUNT NO. Williams, Tom 510 Asbury Street Houston, TX 77007 | | | 2014/2015 Retainer and Meetings | | | | 69,350.00 |
| ACCOUNT NO. Zacks Investment Research 10 South Riverside Plaza Suite1600 Chicago, IL 60606-3830 | | | 08/31/15 S004259IN | | | | 899.00 |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 709,616.12

Total▶ $ 14,521,022.79
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)