| B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/12) | Case Number **15–35970** |
|---|---|

UNITED STATES BANKRUPTCY COURT **District of** Southern District of Texas

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/10/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Far East Energy Corporation
333 N. Sam Houston Parkway
Suite 230
Houston, TX 77060

| Case Number:<br>15–35970 | Taxpayer ID/Employer ID/Other Nos.:<br>88–0459590 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>John E Mitchell<br>Baker & McKenzie LLP<br>2001 Ross Ave., Suite 2300<br>Dallas, TX 75201<br>Telephone number: 214–978–3037 | Bankruptcy Trustee (name and address):<br>Rodney D Tow<br>Rodney Tow, PLLC<br>2211 Rayford Road, Ste. 111–238<br>Spring, TX 77386<br>Telephone number: 281–429–8300 |

**Meeting of Creditors**

Date: **December 22, 2015**                           Time: **11:30 AM**
Location: **Suite 3401, 515 Rusk Ave, Houston, TX 77002**

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

**Creditor with a Foreign Address:**

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208<br>Telephone number: (713) 250–5500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David J. Bradley |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 5:00 PM | Date: 12/2/15 |

## EXPLANATIONS

B9B (Official Form 9B) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 15-35970-drj
Far East Energy Corporation                                         Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4          User: mmap              Page 1 of 2           Date Rcvd: Dec 02, 2015
                              Form ID: b9b            Total Noticed: 91

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2015.
```
db          +Far East Energy Corporation,    333 N. Sam Houston Parkway,    Suite 230,
              Houston, TX 77060-2498
aty         +Rosa A. Shirley,    Baker & Mckenzie LLP,    2001 Ross Ave,    Ste 2300,    Dallas, TX 75201-2968
tr          +Rodney D Tow,    Rodney Tow, PLLC,    2211 Rayford Road, Ste. 111-238,    Spring, TX 77386-1555
9276353     +Alan Hill,    9501 Avenida Del Oso NE,    Albuquerque, NM 87111-1505
9276354     +Alexaur Technologies,    619 Woodcastle, Suite D,    Houston, TX 77094-1147
9276355     +Allan Maltz,    81-09 156th Ave.,    Howard Beach, NY 11414-2321
9276356     +American Business Machines Inc.,    7303 W Sam Houston Parkway N.,    Houston, TX 77040-3138
9276357      Andrew Morris,    5 Beaconsfield Rd.,    Claygate KT10 OPN,    United Kingdom
9276359      BDO USA, LLP,    P.O. Box 31001-0860,    Pasadena, CA 91110-0860
9276360      Birch Communications,    Post Office Box 848432,    Dallas, TX   75284-8432
9276361     +Brigette Baeuerle,    3869 Arbol Court,    Boulder, CO 80301-1751
9276362     +Broadridge ICS,    P.O. Box 416423,    Boston, MA 02241-6423
9276363      Bruno Bauer,    Mainaschaff, Deutschland
9276364     +Bryan Osborn,    8191 S. Mobileway,    Englewood, CO 80112-4619
9276365     +Burton Walls,    1307 N. 43rd Street Apt. 501,    Seattle, WA 98103-7568
9276366     +C P Chiang,    6730 Cypress Point,    Houston, TX 77069-2427
9276367     +Carolyn Drumwright,    261 Lackey Lane,    Ripley, TN 38063-1619
9276368      Carsten Poch-Schfer,    Dortmund, Germany
9276369     +Catherine Gay,    2918 Colonel Court Drive,    Richmond, TX 77406-6702
9276370     +Charles Barnes,    116 Neary Street,    Santa Cruz, CA 95060-4803
9276371      Chase,    Dallas, TX 75225
9276372      Chris,    Wil, Switerland
9276373     +Christopher Seyer,    7324 Vine Ave.,    Maplewood, MO 63143-3211
9276374     +Continental Stock Transfer & Trust,    17 Battery Place,,    New York, NY 10004-1123
9276375     +Corporate Stock Transfer,    3200 Cherry Creek Drive South, Suite 430,    Denver, CO 80209-3246
9276376     +Dana Harris,    17506 Comoro Lane,    Spring, TX 77379-4698
9276377     +Data Shredding Services,    615 W 38th St,    Houston, TX 77018-6403
9276378     +David Nahmias,    14 Lynnfield Road,    Memphis, TN 38120-2306
9276379     +David Riley,    645 Rickey Canyon,    DeSoto, TX 75115-5087
9276380      De Lage Landen Financial Services, Inc. Post Offic,    Philadelphia, PA 19101-1602
9276381      Deloitte Corporate Finance,    Post Office Box 26722,    New York, NY 10087-6722
9276382     +Denise Walker,    9906 Elizabeth Glen Lane,    Tomball, TX 77375-8283
9276383      Diana Moon Adams,    PO Box A,    Bartlesville, OK 74005-5001
9276384     +Don Juckett,    8703 Side Saddle Rd,    Springfield, VA 22152-2732
9276385     +Don Repetowski,    2006 Cordelia Pl.,    Sugarland, TX 77479-6447
9276386     +Emmel Klegerman Attorneys at Law,    8352 West Warm Springs, Suite 310,
              Las Vegas, NV 89113-3631
9276387     +F. J. Hildebrand,    1703 E HEDGECROFT DR,    Seabrook, TX 77586-5835
9276388      FedEx,    Post Office Box 660481,    Dallas, TX 75266-0481
9276389     +Frank M. Lev,    7224 Orchid Island Place,    Bradenton, FL 34202-2436
9276390     +Frank Pitts,    190 Perkins Extd,    Memphis, TN 38117-3127
9276391      G W Huber,    Germany
9276392     +George Swift,    1102 Hilltop Drive,    Lawrence, KS 66044-4530
9276393     +Harold Wasserman,    8 Dogwood Lane,    Skillman, NJ 08558-1301
9276394      Huw Williams,    39A Namly Place,    Shamrock Park,    Singapore   267184
9276396     +Jennifer Whitley,    1706 Turnpike Road,    Houston, TX 77008-6457
9276397     +John C. Mihm,    5413 Braemar Drive,    Frisco, TX 75034-1803
9276398     +Joseph Corrado,    10307 Shesue St.,    Great Falls, VA 22066-2408
9276399     +Joshua Bornhorst,    300 Rose St.,    Little Rock, AR 72205-4032
9276400     +Juan Guerra,    4434 SE 13th Street,    Ocala, FL 34471-3207
9276415     +Justin Shapiro,    945 Laburnum Ave.,    Chico, CA 95926-3914
9276426      Keltie Land,    Fort McMurray, Canada
9276416     +Lief Bjelland,    10011 Skiff Circle,    Anchorage, AK 99515-2576
9276417     +Lonestar Coffee-HQ,    Post Office Box 691634,    Houston, TX 77269-1634
9276418     +Loren D. Stark,    10750 Rockley Road,    Houston, TX 77099-3516
9276419     +Louis Warren,    20726 Park Bend Drive,    Katy, TX 77450-4216
9276420     +Marc Scalamandre,    44 Chestnut St.,    Mount Sinai, NY 11766-2325
9276421      Martin Perl,    Germany
9276422      McKinstry,    Hampton, VA 23666
9276423      Mediant Communications,    P.O. Box 29976,    New York, NY 10087-9976
9276424     +Michael McElwrath,    7 Stargazer Place,    The Woodlands, TX 77381-6247
9276425      Michael Smith,    16318 Cagwin Dr. Lockport, IL   60441-474
9276427      Mike,    Jacksonville, FL 32277
9276428      Northbelt LLC.,    Post Office Box 6133,    Hicksville, NY 11802-6133
9276429     +P2 Energy Solutions,    1670 Broadway, Suite 2800,    Denver, CO 80202-4800
9276430     +Patrick Sullivan,    1438 W. Chestnut 2F,    Chicago, IL 60642-5329
9276460      Pitney Bowes,    P.O. Box 371887,    Pittsburgh, PA 15250-7887
9276461      Prime Rate Premium Financing,    P.O. Box 580016,    Charolette, NC 28258-0016
9276463     +RR Donnelley,    Post Office Box 932721,    Cleveland OH 44193-0015
9276464      Rackspace,    PO Box 730759,    Dallas, TX 75373-0759
9276465      Ralph Delorenzo,    6 Colonial Road,    Somerville, NJ 08876-3720
9276466     +Sonlife Corporation,    P.O. Box 90685,    Houston, TX 77290-0685
9276468     +Stanley Moore Jr.,    1915 Northwest Douglas Place,    Corvallis, OR 97330-1004
```

```
District/off: 0541-4          User: mmap              Page 2 of 2              Date Rcvd: Dec 02, 2015
                              Form ID: b9b            Total Noticed: 91


9276469        +Stephanie Martin,    122 Waterstreet Apt. 107,    Leominster, MA 01453-3261
9276470         Steve Pierce,    Houston, TX 77059
9276471         TAMCO Capital Corporation,    PO Box 79445,    City of Industry, CA 91716-9445
9276472         Thomas Printworks,    Post Office Box 740967,    Dallas, TX 75374-0967
9276473        +Todd Turner,    754 13th Street SE,    Washington, DC 20003-2922
9276474        +Tom Amenda,    4646 N. Greenview Ave Unit 4,    Chicago, IL 60640-7014
9276475        +Tom Williams,    510 Asbury Street,    Houston, TX 77007-7126
9276476         Vintage,    PO Box 30719,    New York, NY 10087-0719
9276477         Werner Over,    Austria
9276478        +William Anderson,    2001 Kirby Suite 1300,    Houston, TX 77019-6044
9276479         Zacks Investment Research,    10 South Riverside Plaza Suite 1600,    Chicago, IL 60606-3830
9276395         iMeet,    Post Office Box 404351,    Atlanta, GA 30384-4351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: john.mitchell@bakermckenzie.com Dec 02 2015 20:36:28      John E Mitchell,
                 Baker & McKenzie LLP,    2001 Ross Ave., Suite 2300,    Dallas, TX   75201
aty            +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Dec 02 2015 20:37:07      Nancy Lynne Holley,
                 U S Trustee,    515 Rusk St,   Ste 3516,    Houston, TX 77002-2604
aty            +E-mail/Text: houston_bankruptcy@LGBS.com Dec 02 2015 20:37:19      Tara L Grundemeier,
                 Linebarger Goggan Blair,    1301 Travis Street,   Suite 300,    Houston, TX 77002-7430
ust            +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Dec 02 2015 20:37:07      US Trustee,
                 Office of the US Trustee,    515 Rusk Ave,    Ste 3516,   Houston, TX 77002-2604
cr              E-mail/Text: houston_bankruptcy@LGBS.com Dec 02 2015 20:37:19      Harris County,
                 c/o Tara L. Grundemeier,    Post Office Box 3064,    Houston, TX  77253-3064
9280392         E-mail/Text: houston_bankruptcy@LGBS.com Dec 02 2015 20:37:19      Harris County et al,
                 c/o Tara L. Grundemeier,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
                 Houston, Tx. 77253-3064
9276462         E-mail/Text: jay.gerber@prnewswire.com Dec 02 2015 20:37:39      PR Newswire Association LLC,
                 G.P.O Box 5897,    New York, NY 10087-5897
                                                                                                TOTAL: 7

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9276358         Ashmore Investment Management, Ltd.,    61 Aldwych,    London WC2B 4AE
9276467         Standard Chartered Bank,    6th Floor 1 Basinghall Ave,    London EC2V 5DD
                                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2015 at the address(es) listed below:
              John E Mitchell    on behalf of Debtor    Far East Energy Corporation
               john.mitchell@bakermckenzie.com,   julia.rogic@bakermckenzie.com
              Nancy Lynne Holley    on behalf of U.S. Trustee    US Trustee nancy.holley@usdoj.gov
              Rodney D Tow
               RT@trustesolutions.net;jwarren@rtowtrustee.com;rodneytow@outlook.com;RT@trustesolutions.com
              Rosa A. Shirley    on behalf of Debtor    Far East Energy Corporation
               rosa.shirley@bakermckenzie.com,   julia.rogic@bakermckenzie.com
              Tara L Grundemeier    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                                TOTAL: 6
```