IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| FAR EAST ENERGY CORPORATION | § | Case No. 15-35970 |
| | § | |
| Debtor | § | |

NOTICE OF HEARING ON
PRIME RATE'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Please take notice that the Emergency Motion for Relief from the Automatic Stay (docket # 22, the "Motion") filed by Prime Rate Premium Finance Corporation, Inc. ("Prime Rate") is scheduled for hearing on January 5, 2016 at 10:00 a.m. in Courtroom 400, 515 Rusk, Houston, TX 77002. Prime Rate has requested expedited consideration of the Motion to occur before December 18, 2015.

**Dated: December 9, 2015**

    Respectfully submitted,

    **WINSTEAD PC**
    2728 N. Harwood Street
    Dallas, Texas  75201
    (214) 745-5400
    (214) 745-5390 (Facsimile)

    By:  */s/ Weiting Hsu*
    Erik Weiting Hsu – SBT # 24046116

    **ATTORNEYS FOR PRIME RATE PREMIUM FINANCE CORPORATION, INC.**

### Certificate of Service

I hereby certify that on December 9, 2015, notice of this document will be electronically mailed to the parties registered or otherwise entitled to receive electronic notices in these cases pursuant to the Electronic Filing Procedures in this District, and a true and correct copy of this document will be served via First-Class Mail, postage prepaid, on the parties on the attached service list.

    */s/ Weiting Hsu*
    One of Counsel