| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 15-35970<br>Southern District of Texas<br>Houston<br>Wed Dec  9 14:51:44 CST 2015 | Far East Energy Corporation<br>333 N. Sam Houston Parkway<br>Suite 230<br>Houston, TX 77060-2498 | Harris County<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Alan Hill<br>9501 Avenida Del Oso NE<br>Albuquerque, NM 87111-1505 | Alexaur Technologies<br>619 Woodcastle, Suite D<br>Houston, TX 77094-1147 |
| Allan Maltz<br>81-09 156th Ave.<br>Howard Beach, NY 11414-2321 | American Business Machines Inc.<br>7303 W Sam Houston Parkway N.<br>Houston, TX 77040-3138 | Andrew Morris<br>5 Beaconsfield Rd.<br>Claygate KT10 OPN<br>United Kingdom |
| BDO USA, LLP<br>P.O. Box 31001-0860<br>Pasadena, CA 91110-0860 | Birch Communications<br>Post Office Box 848432<br>Dallas, TX   75284-8432 | Brigette Baeuerle<br>3869 Arbol Court<br>Boulder, CO 80301-1751 |
| Broadridge ICS<br>P.O. Box 416423<br>Boston, MA 02241-6423 | Bruno Bauer<br>Mainaschaff, Deutschland | Bryan Osborn<br>8191 S. Mobileway<br>Englewood, CO 80112-4619 |
| Burton Walls<br>1307 N. 43rd Street Apt. 501<br>Seattle, WA 98103-7568 | C P Chiang<br>6730 Cypress Point<br>Houston, TX 77069-2427 | Carolyn Drumwright<br>261 Lackey Lane<br>Ripley, TN 38063-1619 |
| Carsten Poch-Schfer<br>Dortmund, Germany | Catherine Gay<br>2918 Colonel Court Drive<br>Richmond, TX 77406-6702 | Charles Barnes<br>116 Neary Street<br>Santa Cruz, CA 95060-4803 |
| Chase<br>Dallas, TX 75225 | Chris<br>Wil, Switerland | Christopher Seyer<br>7324 Vine Ave.<br>Maplewood, MO 63143-3211 |
| Continental Stock Transfer & Trust<br>17 Battery Place,<br>New York, NY 10004-1123 | Corporate Stock Transfer<br>3200 Cherry Creek Drive South, Suite 430<br>Denver, CO 80209-3246 | Dana Harris<br>17506 Comoro Lane<br>Spring, TX 77379-4698 |
| Data Shredding Services<br>615 W 38th St<br>Houston, TX 77018-6403 | David Nahmias<br>14 Lynnfield Road<br>Memphis, TN 38120-2306 | David Riley<br>645 Rickey Canyon<br>DeSoto, TX 75115-5087 |

| | | |
|---|---|---|
| De Lage Landen Financial Services, Inc. Post<br>Philadelphia, PA 19101-1602 | Deloitte Corporate Finance<br>Post Office Box 26722<br>New York, NY  10087-6722 | Denise Walker<br>9906 Elizabeth Glen Lane<br>Tomball, TX 77375-8283 |
| Diana Moon Adams<br>PO Box A<br>Bartlesville, OK 74005-5001 | Don Juckett<br>8703 Side Saddle Rd<br>Springfield, VA 22152-2732 | Don Repetowski<br>2006 Cordelia Pl.<br>Sugarland, TX 77479-6447 |
| Emmel Klegerman Attorneys at Law<br>8352 West Warm Springs, Suite 310<br>Las Vegas, NV 89113-3631 | F. J. Hildebrand<br>1703 E HEDGECROFT DR<br>Seabrook, TX 77586-5835 | FedEx<br>Post Office Box 660481<br>Dallas, TX 75266-0481 |
| Frank M. Lev<br>7224 Orchid Island Place<br>Bradenton, FL 34202-2436 | Frank Pitts<br>190 Perkins Extd<br>Memphis, TN 38117-3127 | G W Huber<br>Germany |
| George Swift<br>1102 Hilltop Drive<br>Lawrence, KS 66044-4530 | Harold Wasserman<br>8 Dogwood Lane<br>Skillman, NJ 08558-1301 | Harris County et al<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 |
| Huw Williams<br>39A Namly Place<br>Shamrock Park<br>Singapore  267184 | Jennifer Whitley<br>1706 Turnpike Road<br>Houston, TX 77008-6457 | John C. Mihm<br>5413 Braemar Drive<br>Frisco, TX 75034-1803 |
| Joseph Corrado<br>10307 Shesue St.<br>Great Falls, VA 22066-2408 | Joshua Bornhorst<br>300 Rose St.<br>Little Rock, AR 72205-4032 | Juan Guerra<br>4434 SE 13th Street<br>Ocala, FL 34471-3207 |
| Justin Shapiro<br>945 Laburnum Ave.<br>Chico, CA 95926-3914 | Keltie Land<br>Fort McMurray, Canada | Lief Bjelland<br>10011 Skiff Circle<br>Anchorage, AK 99515-2576 |
| Lonestar Coffee-HQ<br>Post Office Box 691634<br>Houston, TX 77269-1634 | Loren D. Stark<br>10750 Rockley Road<br>Houston, TX 77099-3516 | Louis Warren<br>20726 Park Bend Drive<br>Katy, TX 77450-4216 |
| Marc Scalamandre<br>44 Chestnut St.<br>Mount Sinai, NY 11766-2325 | Martin Perl<br>Germany | McKinstry<br>Hampton, VA 23666 |

| | | |
|---|---|---|
| Mediant Communications<br>P.O. Box 29976<br>New York, NY 10087-9976 | Michael McElwrath<br>7 Stargazer Place<br>The Woodlands, TX 77381-6247 | Michael Smith<br>16318 Cagwin Dr. Lockport, IL  60441-474 |
| Mike<br>Jacksonville, FL 32277 | Northbelt LLC.<br>Post Office Box 6133<br>Hicksville, NY 11802-6133 | P2 Energy Solutions<br>1670 Broadway, Suite 2800<br>Denver, CO 80202-4800 |
| PR Newswire Association LLC<br>G.P.O Box 5897<br>New York, NY 10087-5897 | Patrick Sullivan<br>1438 W. Chestnut 2F<br>Chicago, IL 60642-5329 | Pitney Bowes<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 |
| Prime Rate Premium Financing<br>P.O. Box 580016<br>Charolette, NC 28258-0016 | RR Donnelley<br>Post Office Box 932721<br>Cleveland OH 44193-0015 | Rackspace<br>PO Box 730759<br>Dallas, TX 75373-0759 |
| Ralph Delorenzo<br>6 Colonial Road<br>Somerville, NJ 08876-3720 | Sonlife Corporation<br>P.O. Box 90685<br>Houston, TX 77290-0685 | Stanley Moore Jr.<br>1915 Northwest Douglas Place<br>Corvallis, OR 97330-1004 |
| Stephanie Martin<br>122 Waterstreet Apt. 107<br>Leominster, MA 01453-3261 | Steve Pierce<br>Houston, TX 77059 | TAMCO Capital Corporation<br>PO Box 79445<br>City of Industry, CA 91716-9445 |
| Thomas Printworks<br>Post Office Box 740967<br>Dallas, TX 75374-0967 | Todd Turner<br>754 13th Street SE<br>Washington, DC 20003-2922 | Tom Amenda<br>4646 N. Greenview Ave Unit 4<br>Chicago, IL 60640-7014 |
| Tom Williams<br>510 Asbury Street<br>Houston, TX 77007-7126 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Vintage<br>PO Box 30719<br>New York, NY 10087-0719 |
| Werner Over<br>Austria | William Anderson<br>2001 Kirby Suite 1300<br>Houston, TX 77019-6044 | Zacks Investment Research<br>10 South Riverside Plaza Suite 1600<br>Chicago, IL 60606-3830 |
| iMeet<br>Post Office Box 404351<br>Atlanta, GA 30384-4351 | John E Mitchell<br>Baker & McKenzie LLP<br>2001 Ross Ave., Suite 2300<br>Dallas, TX 75201-2968 | Rodney D Tow<br>Rodney Tow, PLLC<br>2211 Rayford Road, Ste. 111-238<br>Spring, TX 77386-1555 |

Rosa A. Shirley
Baker & Mckenzie LLP
2001 Ross Ave
Ste 2300
Dallas, TX 75201-2968

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ashmore Investment Management, Ltd.<br>61 Aldwych<br>London WC2B 4AE | (u)Standard Chartered Bank<br>6th Floor 1 Basinghall Ave<br>London EC2V 5DD | End of Label Matrix<br>Mailable recipients    90<br>Bypassed recipients    2<br>Total                  92 |