IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| FAR EAST ENERGY CORPORATION | § | Case No. 15-35970 |
| | § | |
| Debtor | § | |

**Prime Rate Premium Finance Corporation, Inc.'s**
**Witness and Exhibit List for January 5, 2016 Hearing**

Prime Rate Premium Finance Corporation, Inc. ("Prime Rate") files this witness and exhibit list for the January 5, 2016 hearing on Prime Rate's motion for relief from the automatic stay (docket # 22, the "Motion").

**EXHIBITS**

| Exhibit | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| PR-1 | Finance Agreement attached as Exhibit A to the Motion | | | |
| PR-2 | Invoice collection record attached as Exhibit A (page 5) to the Motion | | | |
| PR-3 | Any exhibit properly designated by any other party | | | |
| PR-4 | Any pleadings, reports, or other documents filed in the Debtor's bankruptcy case | | | |
| PR-5 | Any impeachment or rebuttal exhibits | | | |

**WITNESSES**

1. Jason Stefanick, Vice President / Regional Sales Manager for Prime Rate

2. Any witness properly designated or called by any other party.

3. Any rebuttal or impeachment witnesses.

**Dated: December 30, 2015**

1

4843-0005-6620v.1
58975-1 12/30/2015

Respectfully submitted,

**WINSTEAD PC**
2728 N. Harwood Street
Dallas, Texas  75201
(214) 745-5400
(214) 745-5390 (Facsimile)

By:  */s/ Weiting Hsu*
Erik Weiting Hsu – SBT # 24046116

**ATTORNEYS FOR PRIME RATE PREMIUM FINANCE CORPORATION, INC.**

## Certificate of Service

I hereby certify that on December 30, 2015, notice of this document will be electronically mailed to the parties registered or otherwise entitled to receive electronic notices in these cases pursuant to the Electronic Filing Procedures in this District, and a true and correct copy of this document will be served via First-Class Mail, postage prepaid, on the parties on the attached service list.  The exhibits listed above were mailed to the parties on the service list on December 9, 2015.

*/s/ Weiting Hsu*
One of Counsel