| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 15-35970<br>Southern District of Texas<br>Houston<br>Wed Dec 30 10:36:07 CST 2015 | Far East Energy Corporation<br>333 N. Sam Houston Parkway<br>Suite 230<br>Houston, TX 77060-2498 | Harris County<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Alan Hill<br>9501 Avenida Del Oso NE<br>Albuquerque, NM 87111-1505 | Alexaur Technologies<br>619 Woodcastle, Suite D<br>Houston, TX 77094-1147 |
| Allan Maltz<br>81-09 156th Ave.<br>Howard Beach, NY 11414-2321 | American Business Machines Inc.<br>7303 W Sam Houston Parkway N.<br>Houston, TX 77040-3138 | Andrew Morris<br>5 Beaconsfield Rd.<br>Claygate KT10 OPN<br>United Kingdom |
| BDO USA, LLP<br>P.O. Box 31001-0860<br>Pasadena, CA 91110-0860 | Birch Communications<br>Post Office Box 848432<br>Dallas, TX   75284-8432 | Brigette Baeuerle<br>3869 Arbol Court<br>Boulder, CO 80301-1751 |
| Broadridge ICS<br>P.O. Box 416423<br>Boston, MA 02241-6423 | Bruno Bauer<br>Mainaschaff, Deutschland | Bryan Osborn<br>8191 S. Mobileway<br>Englewood, CO 80112-4619 |
| Burton Walls<br>1307 N. 43rd Street Apt. 501<br>Seattle, WA 98103-7568 | C P Chiang<br>6730 Cypress Point<br>Houston, TX 77069-2427 | Carolyn Drumwright<br>261 Lackey Lane<br>Ripley, TN 38063-1619 |
| Carsten Poch-Schfer<br>Dortmund, Germany | Catherine Gay<br>2918 Colonel Court Drive<br>Richmond, TX 77406-6702 | Charles Barnes<br>116 Neary Street<br>Santa Cruz, CA 95060-4803 |
| Chase<br>Dallas, TX 75225 | Chris<br>Wil, Switerland | Christopher Seyer<br>7324 Vine Ave.<br>Maplewood, MO 63143-3211 |
| Continental Stock Transfer & Trust<br>17 Battery Place,<br>New York, NY 10004-1123 | Corporate Stock Transfer<br>3200 Cherry Creek Drive South, Suite 430<br>Denver, CO 80209-3246 | Dana Harris<br>17506 Comoro Lane<br>Spring, TX 77379-4698 |
| Data Shredding Services<br>615 W 38th St<br>Houston, TX 77018-6403 | David Nahmias<br>14 Lynnfield Road<br>Memphis, TN 38120-2306 | David Riley<br>645 Rickey Canyon<br>DeSoto, TX 75115-5087 |

| | | |
|---|---|---|
| De Lage Landen Financial Services, Inc. Post<br>Philadelphia, PA 19101-1602 | Deloitte Corporate Finance<br>Post Office Box 26722<br>New York, NY  10087-6722 | Denise Walker<br>9906 Elizabeth Glen Lane<br>Tomball, TX 77375-8283 |
| Diana Moon Adams<br>PO Box A<br>Bartlesville, OK 74005-5001 | Don Juckett<br>8703 Side Saddle Rd<br>Springfield, VA 22152-2732 | Don Repetowski<br>2006 Cordelia Pl.<br>Sugarland, TX 77479-6447 |
| Emmel Klegerman Attorneys at Law<br>8352 West Warm Springs, Suite 310<br>Las Vegas, NV 89113-3631 | F. J. Hildebrand<br>1703 E HEDGECROFT DR<br>Seabrook, TX 77586-5835 | FedEx<br>Post Office Box 660481<br>Dallas, TX 75266-0481 |
| Frank M. Lev<br>7224 Orchid Island Place<br>Bradenton, FL 34202-2436 | Frank Pitts<br>190 Perkins Extd<br>Memphis, TN 38117-3127 | G W Huber<br>Germany |
| George Swift<br>1102 Hilltop Drive<br>Lawrence, KS 66044-4530 | Harold Wasserman<br>8 Dogwood Lane<br>Skillman, NJ 08558-1301 | Harris County et al<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 |
| Huw Williams<br>39A Namly Place<br>Shamrock Park<br>Singapore  267184 | Jennifer Whitley<br>1706 Turnpike Road<br>Houston, TX 77008-6457 | John C. Mihm<br>5413 Braemar Drive<br>Frisco, TX 75034-1803 |
| Joseph Corrado<br>10307 Shesue St.<br>Great Falls, VA 22066-2408 | Joshua Bornhorst<br>300 Rose St.<br>Little Rock, AR 72205-4032 | Juan Guerra<br>4434 SE 13th Street<br>Ocala, FL 34471-3207 |
| Justin Shapiro<br>945 Laburnum Ave.<br>Chico, CA 95926-3914 | Keltie Land<br>Fort McMurray, Canada | Lief Bjelland<br>10011 Skiff Circle<br>Anchorage, AK 99515-2576 |
| Lonestar Coffee-HQ<br>Post Office Box 691634<br>Houston, TX 77269-1634 | Loren D. Stark<br>10750 Rockley Road<br>Houston, TX 77099-3516 | Louis Warren<br>20726 Park Bend Drive<br>Katy, TX 77450-4216 |
| Marc Scalamandre<br>44 Chestnut St.<br>Mount Sinai, NY 11766-2325 | Martin Perl<br>Germany | McKinstry<br>Hampton, VA 23666 |

| | | |
|---|---|---|
| Mediant Communications<br>P.O. Box 29976<br>New York, NY 10087-9976 | Michael McElwrath<br>7 Stargazer Place<br>The Woodlands, TX 77381-6247 | Michael Smith<br>16318 Cagwin Dr. Lockport, IL 60441-474 |
| Mike<br>Jacksonville, FL 32277 | Northbelt LLC.<br>Post Office Box 6133<br>Hicksville, NY 11802-6133 | P2 Energy Solutions<br>1670 Broadway, Suite 2800<br>Denver, CO 80202-4800 |
| PR Newswire Association LLC<br>G.P.O Box 5897<br>New York, NY 10087-5897 | Patrick Sullivan<br>1438 W. Chestnut 2F<br>Chicago, IL 60642-5329 | Pitney Bowes<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 |
| Prime Rate Premium Financing<br>P.O. Box 580016<br>Charolette, NC 28258-0016 | RR Donnelley<br>Post Office Box 932721<br>Cleveland OH 44193-0015 | Rackspace<br>PO Box 730759<br>Dallas, TX 75373-0759 |
| Ralph Delorenzo<br>6 Colonial Road<br>Somerville, NJ 08876-3720 | Sonlife Corporation<br>P.O. Box 90685<br>Houston, TX 77290-0685 | Stanley Moore Jr.<br>1915 Northwest Douglas Place<br>Corvallis, OR 97330-1004 |
| Stephanie Martin<br>122 Waterstreet Apt. 107<br>Leominster, MA 01453-3261 | Steve Pierce<br>Houston, TX 77059 | TAMCO Capital Corporation<br>PO Box 79445<br>City of Industry, CA 91716-9445 |
| Thomas Printworks<br>Post Office Box 740967<br>Dallas, TX 75374-0967 | Todd Turner<br>754 13th Street SE<br>Washington, DC 20003-2922 | Tom Amenda<br>4646 N. Greenview Ave Unit 4<br>Chicago, IL 60640-7014 |
| Tom Williams<br>510 Asbury Street<br>Houston, TX 77007-7126 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Vintage<br>PO Box 30719<br>New York, NY 10087-0719 |
| Werner Over<br>Austria | William Anderson<br>2001 Kirby Suite 1300<br>Houston, TX 77019-6044 | Zacks Investment Research<br>10 South Riverside Plaza Suite 1600<br>Chicago, IL 60606-3830 |
| iMeet<br>Post Office Box 404351<br>Atlanta, GA 30384-4351 | John E Mitchell<br>Baker & McKenzie LLP<br>2001 Ross Ave., Suite 2300<br>Dallas, TX 75201-2968 | Rodney D Tow<br>Rodney Tow, PLLC<br>2211 Rayford Road, Ste. 111-238<br>Spring, TX 77386-1555 |

Rosa A. Shirley
Baker & Mckenzie LLP
2001 Ross Ave
Ste 2300
Dallas, TX 75201-2968

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Prime Rate Premium Finance Corporation, In          (u)Ashmore Investment Management, Ltd.          (u)Standard Chartered Bank
                                                       61 Aldwych                                       6th Floor 1 Basinghall Ave
                                                       London WC2B 4AE                                  London EC2V 5DD

End of Label Matrix
Mailable recipients    90
Bypassed recipients     3
Total                  93