





Michael Paterson,
Mediolanum Asset Management Ltd,
2 Shelbourne Buildings,
Shelbourne Road,
Ballsbridge,
Dublin 4,
Ireland.

Texas Southern District Court,
PO Box 61010,
Houston, TX 77208,
United States of America.

06th of January 2016

Dear Sir or Madam,

Please accept this letter as a request for notice surrounding developments relating to case number 15-35970, Far East Energy Corporation.

Thanks in advance for your assistance in this matter.

Yours Sincerely,

----------------------------------------
Michael Paterson
(Head Of Trading – Mediolanum Asset Management Ltd)

Mediolanum Asset Management Ltd
2 Shelbourne Buildings
Shelbourne Road
Ballsbridge
Dublin 4,
Ireland
Ireland

Registered in Dublin No: 307517
Directors: V. Gaudio (Italian), C. Bocca (Italian),
J. Corrigan, M. Nolan, D. O'Donovan,
F. Pietribiasi (Managing) (Italian), G Keenan.