UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-35970 |
| FAR EAST ENERGY CORPORATION | § | |
| DEBTOR(S), | § | CHAPTER 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Lief Bjelland**
**Chase Evans**
**Patrick Sullivan**
**Kevin Mungle**
**Martin Perl**
**Franz Hildebrand**
**Ralph DeLorenzo**
**Harold Wasserman**
**Mike Smith**
**Frank Lev**
**Scott Streed**
**Carl Bjelland**
**Todd Turner**
**Stanley Moore**
**Bruno Bauer**
**Stephen Fitzmier**

Shareholders of the Debtor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the shareholders of the debtor in care of the undersigned at the address set forth below.

| | |
|---|---|
| DATE:  <u>January 25,</u> 2016 | THOMAS L. HUNT & ASSOCIATES |

_/s/ Thomas L. Hunt_
_____
THOMAS L. HUNT
State Bar No. 10289600
Southern Dist. Bar No. 1293
5353 West Alabama, Suite 605
Houston, TX 77056
(713) 977-3447 Telephone
(713) 490-3359 Facsimile

**ATTORNEY FOR SHAREHOLDERS OF THE DEBTOR**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 25th day of January, 2016, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

John E. Mitchell
Akerman, LLP
2001 Ross Ave, Suite 2550
Dallas, Texas 75201

Rosa A. Shirley
Baker & McKenzie, LLP
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201

Rodney D. Tow
Tow and Koenig PLLC
26219 Oak Ridge Drive
The Woodlands, Texas 77380

Tara L. Grundemeier
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, Texas 77253-3064

Weiting Hsu
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201

Nancy Lynne Holley
US Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002

*/s/ Thomas L. Hunt*
---
THOMAS L. HUNT