THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FAR EAST ENERGY CORPORATION | § | Case No. 15-35970 |
| | § | (Chapter 7) |
| DEBTOR. | § | |
| | § | |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that Diamond McCarthy LLP ("Diamond McCarthy"), as proposed general counsel to Rodney D. Tow, the Chapter 7 Trustee (the "Trustee"), files this Notice of Appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and requests that Diamond McCarthy receives copies of all pleadings filed or noticed by any party pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (b) and 3017(a). Copies should be sent as follows:

Kyung S. Lee
William Hotze
DIAMOND MCCARTHY LLP
909 Fannin Street, 15th Floor
Two Houston Center
Houston, Texas 77010
(713) 333-5100 Telephone
(713) 333-5195 Facsimile
klee@diamondmccarthy.com
whotze@diamondmccarthy.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, facsimile, or any other

communication or document which may affect or seek to affect in any way any right or interest of the Trustee.

PLEASE TAKE FURTHER NOTICE that neither this Notice, nor any other appearances, pleadings, proofs of claim, claims, or suits filed by the Trustee shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:  January 28, 2016

Respectfully submitted,

DIAMOND MCCARTHY, LLP

/s/ Kyung S. Lee
Kyung S. Lee
State Bar No. 12128400
William Hotze
State Bar No. 24087754
Diamond McCarthy, LLP
909 Fannin Street, 15th Floor
Two Houston Center
Houston, Texas 77010
Telephone:  (713) 333-5100
Facsimile:  (713) 333-5195

PROPOSED GENERAL COUNSEL TO
RODNEY D. TOW, TRUSTEE

## **CERTIFICATE OF SERVICE**

I certify that on January 28, 2016, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered to receive such service.

*/s/ William Hotze*_____
William Hotze