# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

| | |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years including married, maiden, trade, and address):<br><br>Far East Energy Corporation<br><br>88–0459590<br>333 N. Sam Houston Parkway<br>Suite 230<br>Houston, TX 77060 | )<br>)<br>)<br>)Case Number: 15–35970<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS

Notice is hereby given that:

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in this case in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE May 31, 2016

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed in the Office of the Clerk of the Bankruptcy Court on an official form prescribed for a proof of claim.

MAIL TO:

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208


David J. Bradley
Clerk of Court

Filed: February 25, 2016

Trustee: Rodney D Tow

```
                            United States Bankruptcy Court
                              Southern District of Texas
In re:                                                              Case No. 15-35970-drj
Far East Energy Corporation                                         Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0541-4          User: dhan                  Page 1 of 2                  Date Rcvd: Feb 25, 2016
                              Form ID: ntcasset           Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2016.
db             +Far East Energy Corporation,    333 N. Sam Houston Parkway,    Suite 230,
                 Houston, TX 77060-2498
stkhld         +Collective shareholders,    Thomas L. Hunt,    5353 West Alabama, Suite 605,
                 Houston, TX 77056-5932
stkhld         +David Naggar,    Law Offices of David Naggar,    300 Grunion Court,    Foster City, CA 94404-1923
9322609        +ADP LLC,    400 W. Covina Blvd,    San Dimas, CA 91773-2954
9276353        +Alan Hill,    9501 Avenida Del Oso NE,    Albuquerque, NM 87111-1505
9276354        +Alexaur Technologies,    619 Woodcastle, Suite D,    Houston, TX 77094-1147
9276355        +Allan Maltz,    81-09 156th Ave.,    Howard Beach, NY 11414-2321
9276356        +American Business Machines Inc.,    7303 W Sam Houston Parkway N.,    Houston, TX 77040-3138
9276357         Andrew Morris,    5 Beaconsfield Rd.,    Claygate KT10 OPN,    United Kingdom
9276359         BDO USA, LLP,    P.O. Box 31001-0860,    Pasadena, CA 91110-0860
9276360         Birch Communications,    Post Office Box 848432,    Dallas, TX   75284-8432
9276361        +Brigette Baeuerle,    3869 Arbol Court,    Boulder, CO 80301-1751
9276362        +Broadridge ICS,    P.O. Box 416423,    Boston, MA 02241-6423
9276363         Bruno Bauer,    Mainaschaff, Deutschland
9276364        +Bryan Osborn,    8191 S. Mobileway,    Englewood, CO 80112-4619
9276365        +Burton Walls,    1307 N. 43rd Street Apt. 501,    Seattle, WA 98103-7568
9276366        +C P Chiang,    6730 Cypress Point,    Houston, TX 77069-2427
9276367        +Carolyn Drumwright,    261 Lackey Lane,    Ripley, TN 38063-1619
9276368         Carsten Poch-Schfer,    Dortmund, Germany
9276369        +Catherine Gay,    2918 Colonel Court Drive,    Richmond, TX 77406-6702
9276370        +Charles Barnes,    116 Neary Street,    Santa Cruz, CA 95060-4803
9276371         Chase,    Dallas, TX 75225
9276372         Chris,    Wil, Switerland
9276373        +Christopher Seyer,    7324 Vine Ave.,    Maplewood, MO 63143-3211
9276374        +Continental Stock Transfer & Trust,    17 Battery Place,    New York, NY 10004-1123
9276375        +Corporate Stock Transfer,    3200 Cherry Creek Drive South, Suite 430,    Denver, CO 80209-3246
9276376        +Dana Harris,    17506 Comoro Lane,    Spring, TX 77379-4698
9276377        +Data Shredding Services,    615 W 38th St,    Houston, TX 77018-6403
9317472        +David Naggar,    300 Grunion Court,    Foster City, CA 94404-1923
9276378        +David Nahmias,    14 Lynnfield Road,    Memphis, TN 38120-2306
9276379        +David Riley,    645 Rickey Canyon,    DeSoto, TX 75115-5087
9276380         De Lage Landen Financial Services, Inc. Post Offic,    Philadelphia, PA 19101-1602
9276381         Deloitte Corporate Finance,    Post Office Box 26722,    New York, NY   10087-6722
9276382        +Denise Walker,    9906 Elizabeth Glen Lane,    Tomball, TX 77375-8283
9276383         Diana Moon Adams,    PO Box A,    Bartlesville, OK 74005-5001
9276384        +Don Juckett,    8703 Side Saddle Rd,    Springfield, VA 22152-2732
9276385        +Don Repetowski,    2006 Cordelia Pl.,    Sugarland, TX 77479-6447
9276386        +Emmel Klegerman Attorneys at Law,    8352 West Warm Springs, Suite 310,
                 Las Vegas, NV 89113-3631
9276387        +F. J. Hildebrand,    1703 E HEDGECROFT DR,    Seabrook, TX 77586-5835
9276388         FedEx,    Post Office Box 660481,    Dallas, TX 75266-0481
9276389        +Frank M. Lev,    7224 Orchid Island Place,    Bradenton, FL 34202-2436
9276390        +Frank Pitts,    190 Perkins Extd,    Memphis, TN 38117-3127
9276391         G W Huber,    Germany
9276392        +George Swift,    1102 Hilltop Drive,    Lawrence, KS 66044-4530
9276393        +Harold Wasserman,    8 Dogwood Lane,    Skillman, NJ 08558-1301
9276394         Huw Williams,    39A Namly Place,    Shamrock Park,    Singapore   267184
9276396        +Jennifer Whitley,    1706 Turnpike Road,    Houston, TX 77008-6457
9276397        +John C. Mihm,    5413 Braemar Drive,    Frisco, TX 75034-1803
9276398        +Joseph Corrado,    10307 Shesue St.,    Great Falls, VA 22066-2408
9276399        +Joshua Bornhorst,    300 Rose St.,    Little Rock, AR 72205-4032
9276400        +Juan Guerra,    4434 SE 13th Street,    Ocala, FL 34471-3207
9276415        +Justin Shapiro,    945 Laburnum Ave.,    Chico, CA 95926-3914
9276426         Keltie Land,    Fort McMurray, Canada
9276416        +Lief Bjelland,    10011 Skiff Circle,    Anchorage, AK 99515-2576
9276417        +Lonestar Coffee-HQ,    Post Office Box 691634,    Houston, TX 77269-1634
9276418        +Loren D. Stark,    10750 Rockley Road,    Houston, TX 77099-3516
9276419        +Louis Warren,    20726 Park Bend Drive,    Katy, TX 77450-4216
9276420        +Marc Scalamandre,    44 Chestnut St.,    Mount Sinai, NY 11766-2325
9276421         Martin Perl,    Germany
9276422         McKinstry,    Hampton, VA 23666
9276423         Mediant Communications,    P.O. Box 29976,    New York, NY 10087-9976
9276424        +Michael McElwrath,    7 Stargazer Place,    The Woodlands, TX 77381-6247
9276425         Michael Smith,    16318 Cagwin Dr. Lockport, IL    60441-474
9276427         Mike,    Jacksonville, FL 32277
9276428         Northbelt LLC.,    Post Office Box 6133,    Hicksville, NY 11802-6133
9276429        +P2 Energy Solutions,    1670 Broadway, Suite 2800,    Denver, CO 80202-4800
9276430        +Patrick Sullivan,    1438 W. Chestnut 2F,    Chicago, IL 60642-5329
9276460         Pitney Bowes,    P.O. Box 371887,    Pittsburgh, PA 15250-7887
9276461         Prime Rate Premium Financing,    P.O. Box 580016,    Charolette, NC 28258-0016
9276463        +RR Donnelley,    Post Office Box 932721,    Cleveland OH 44193-0015
9276464         Rackspace,    PO Box 730759,    Dallas, TX 75373-0759
```

```
District/off: 0541-4           User: dhan                  Page 2 of 2                   Date Rcvd: Feb 25, 2016
                               Form ID: ntcasset           Total Noticed: 89

9276465        Ralph Delorenzo,   6 Colonial Road,   Somerville, NJ 08876-3720
9276466       +Sonlife Corporation,   P.O. Box 90685,   Houston, TX 77290-0685
9276468       +Stanley Moore Jr.,   1915 Northwest Douglas Place,   Corvallis, OR 97330-1004
9276469       +Stephanie Martin,   122 Waterstreet Apt. 107,   Leominster, MA 01453-3261
9276470        Steve Pierce,   Houston, TX 77059
9276471        TAMCO Capital Corporation,   PO Box 79445,   City of Industry, CA 91716-9445
9276472        Thomas Printworks,   Post Office Box 740967,   Dallas, TX 75374-0967
9276473       +Todd Turner,   754 13th Street SE,   Washington, DC 20003-2922
9276474       +Tom Amenda,   4646 N. Greenview Ave Unit 4,   Chicago, IL 60640-7014
9276475       +Tom Williams,   510 Asbury Street,   Houston, TX 77007-7126
9276476        Vintage,   PO Box 30719,   New York, NY 10087-0719
9276477        Werner Over,   Austria
9276478       +William Anderson,   2001 Kirby Suite 1300,   Houston, TX 77019-6044
9276479        Zacks Investment Research,   10 South Riverside Plaza Suite 1600,   Chicago, IL 60606-3830
9276395        iMeet,   Post Office Box 404351,   Atlanta, GA 30384-4351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: houston_bankruptcy@LGBS.com Feb 25 2016 21:06:10     Harris County,
                c/o Tara L. Grundemeier,    Post Office Box 3064,   Houston, TX 77253-3064
9280392        E-mail/Text: houston_bankruptcy@LGBS.com Feb 25 2016 21:06:10     Harris County et al,
                c/o Tara L. Grundemeier,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
                Houston, Tx. 77253-3064
9276462        E-mail/Text: jay.gerber@prnewswire.com Feb 25 2016 21:06:50     PR Newswire Association LLC,
                G.P.O Box 5897,   New York, NY 10087-5897
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Prime Rate Premium Finance Corporation, Inc.
cr             Wells Fargo Bank
9276358        Ashmore Investment Management, Ltd.,   61 Aldwych,   London WC2B 4AE
9276467        Standard Chartered Bank,   6th Floor 1 Basinghall Ave,   London EC2V 5DD
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
              John E Mitchell    on behalf of Debtor    Far East Energy Corporation john.mitchell@akerman.com,
               rachel.myrick@akerman.com
              Joshua W. Wolfshohl    on behalf of Creditor    Wells Fargo Bank jwolfshohl@porterhedges.com,
               ksteverson@porterhedges.com;jdickinson@porterhedges.com
              Nancy Lynne Holley    on behalf of U.S. Trustee    US Trustee nancy.holley@usdoj.gov
              Rodney D Tow
               RT@trustesolutions.net;jwarren@rtowtrustee.com;rodneytow@outlook.com;RT@trustesolutions.net
              Rosa A. Shirley    on behalf of Debtor    Far East Energy Corporation
               rosa.shirley@bakermckenzie.com,    julia.rogic@bakermckenzie.com
              Tara L Grundemeier    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              Thomas L Hunt    on behalf of Stockholder    Collective shareholders tom@thomaslhuntassociates.com,
               liz@thomaslhuntassociates.com
              US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV
              Weiting Hsu    on behalf of Creditor    Prime Rate Premium Finance Corporation, Inc.
               whsu@winstead.com
              William James Hotze    on behalf of Trustee Rodney D Tow whotze@diamondmccarthy.com,
               lsimon@diamondmccarthy.com
                                                                                             TOTAL: 10
```